**Order entered June 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01433-CV

### JARROD C. HAMMONDS, Appellant

### V.

### DALLAS COUNTY, ET AL, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03328**

## ORDER

Before the Court is appellees' June 5, 2019 second motion for extension of time to file

brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 21, 2019.


/s/     KEN MOLBERG
        JUSTICE